UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV14-04387 JAK (PJWx) | Date | September 29, 2014 |
| Title | Claudia Morales, et al. v. Kraft Foods Group, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan J. Clarkson | Kenneth K. Lee |
| Shireen Mohsenzadgan | |

**Proceedings:**    **DEFENDANTS' MOTION TO DISMISS (DKT. 16)**

The motion hearing is held. The Court states its tentative views and is inclined to grant without prejudice Defendants' Motion to Dismiss (the "Motion"). Counsel addressed the Court. The Court adheres to its views and takes the Motion UNDER SUBMISSION and will issue a ruling. Plaintiff shall amend its complaint on or before October 14, 2014.

In light of the filing of the amended complaint, the Court continues the hearing on the motion for class certification to March 2, 2015 at 8:30 am, which shall be filed no later than December 3, 2014. The response shall be filed by January 3, 2015, with the reply to be filed no later than February 13, 2015. Counsel shall meet and confer and file a stipulation and proposed order by October 6, 2014, should they determine that any dates, including discovery, should be amended.

Counsel report that they have agreed to a private mediator but have not yet scheduled a date for the mediation. The Court directs counsel to schedule the date as soon as possible so that a date can be reserved.

**IT IS SO ORDERED.**

|  | : | 27 |
|---|---|---|
|  | Initials of Preparer | ak |