UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV14-04387 JAK (PJWx) | Date | April 6, 2015 |
| Title | Claudia Morales, et al. v. Kraft Foods Group, Inc., et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ryan J. Clarkson | Kenneth K. Lee |
| Shireen Mohsenzadgan | Dean N. Panos |

**Proceedings:**      **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION (DKT. 47)**

The motion hearing is held. Counsel address the issues raised by the Court regarding Plaintiff's Motion for Class Certification (the "Motion"). Plaintiff's counsel is ordered to submit a reference to or copy of the sales data discussed during the hearing no later than April 8, 2015 at 3:00 p.m. The Court takes the Motion UNDER SUBMISSION and will issue a ruling.

**IT IS SO ORDERED.**

|  | : | 57 |
|---|---|---|
| Initials of Preparer | ak | |