**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
The Pershing Square Building
448 S. Hill St., Suite 701
Los Angeles, CA 90013-1133
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

**MILSTEIN ADELMAN, LLP**
Gillian L. Wade (SBN 229124)
gwade@milsteinadelman.com
Sara D. Avila (SBN 263213)
savila@milsteinadelman.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

*Attorneys for the Certified Plaintiff Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDIA MORALES and MOCHA GUNARATNA, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KRAFT FOODS GROUP, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. LA CV14-04387 JAK (PJWx)<br><br>**[CLASS ACTION]**<br><br>**PLAINTIFFS' APPLICATION TO FILE UNDER SEAL**<br><br>DATE:   June 6, 2016<br>TIME:   8:30 a.m.<br>DEPT.:  Courtroom 750<br><br>Hon. Judge John A. Kronstadt<br><br>Compl. Filed:    May 7, 2014<br>Compl. Removed: July 2, 2014<br>Trial Date:      Dec. 13, 2016 |

## I. INFORMATION AND DOCUMENTS TO BE SEALED

This is a certified false advertising class action regarding a purported "natural cheese" fat free shredded cheddar product (the "Product") manufactured and sold by Defendant Kraft Foods Group, Inc. ("Kraft"). Plaintiffs Claudia Morales and Mocha Gunaratna, on behalf of themselves and the Certified Plaintiff Class ("Plaintiffs"), allege violations of the Consumers Legal Remedies Act, False Advertising Law, and Unfair Competition Law based on Kraft's advertising and labeling of the Product.

On November 24, 2014, the Court entered a Protective Order permitting the parties and non-parties to designate as "Confidential" documents and information they, in good faith, believe are "entitled to confidential treatment under applicable legal principles." *See* Protective Order [Docket Entry No. 45], attached as Exhibit ("Ex.") 1 to Declaration of Ryan J. Clarkson ("RJC Decl.").

Pursuant to the Protective Order and Civil Local Rule 79-5 Plaintiffs hereby apply to the Court for permission to file under seal Exhibits 2, and 4-8 to the Declaration of Shireen M. Clarkson, along with portions of its Motion for Partial Summary Judgment reproducing content from those Exhibits. The information Plaintiffs seek to file under seal was designated "confidential" by Kraft, consisting of images of the product label, three marketing studies Kraft produced during discovery, Kraft's interrogatory responses, and relevant portions of the deposition transcript of one of Kraft's corporate designees.

## II. ARGUMENT

### A. GOOD CAUSES EXISTS

This Application is made pursuant to Federal Rule of Civil Procedure 26(c), which authorizes a court to enter "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including" to ensure that, for good cause shown, "confidential research, development, or commercial information not be revealed or be revealed only in a designated way."

1

PLAINTIFFS' APPLICATION TO FILE UNDER SEAL

Fed. R. Civ. P. 26(c). These documents are being filed under seal because Kraft has designated them confidential.

Filings under seal ensure full disclosure of relevant information while protecting the parties' interests that confidential and proprietary business information will not be publicly disclosed. *See, e.g., In re Adobe Sys., Inc.,* 141 F.R.D. 155, 161-62 (N.D. Cal. 1992); *Johnson Controls, Inc. v. Phoenix Control Sys.,* 886 F.2d 1173, 1776 (9th Cir. 1989); and *Henry Hope X-Ray Prods. Inc. v. Marron Carrel, Inc.,* 674 F.2d 1336, 1343 (9th Cir. 1982). The public's right to access to the courts "is not absolute," and documents are properly filed under seal where disclosure would harm a party by forcing it to disclose trade secrets or other valuable confidential proprietary business information. *See Foltz v. State Farm Mut. Auto. Ins. Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003); *In re Elec. Arts, Inc.,* 298 F. App'x 568, 569-70 (9th Cir. 2008); and *Nixon v. Warner Commc'ns, Inc.,* 435 U.S. 589, 598 (1978) ("the common-law right of inspection has bowed before the power of a court to insure that its records are not used . . . as sources of business information that might harm a litigant's competitive standing").

For purposes of their motion for partial summary judgment only, Plaintiffs agree that the information and documents Kraft designated confidential should be filed under seal unless and until Plaintiffs seek to challenge the confidentiality designations.

**B.   PLAINTIFFS WILL COMPLY WITH LOCAL RULE 79-5.**

Plaintiffs will electronically file a public version of its motion and exhibits thereto with the confidential information redacted. Thus, this request is narrowly tailored to protect only that information which Kraft has designated as confidential, and the public will still have access to all information that Kraft has not designated as confidential.

///

///

## IV. **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this application to file under seal portions of Plaintiffs' motion for partial summary judgment and certain exhibits thereto.

In the event the Court denies the Application, Plaintiffs' counsel will request that the Courtroom Deputy Clerk destroy the chambers' copies of the documents.

DATED: March 15, 2016            /s/ *Ryan J. Clarkson*_____

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
The Pershing Square Building
448 S. Hill St., Suite 701
Los Angeles, CA 90013-1133
Telephone: (213) 788-4050
Facsimile: (213) 788-4070

**MILSTEIN ADELMAN, LLP**
Gillian L. Wade (SBN 229124)
gwade@milsteinadelman.com
Sara D. Avila (SBN 263213)
savila@milsteinadelman.com
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Telephone: (310) 396-9600
Facsimile: (310) 396-9635

*Attorneys for the Certified Plaintiff Class*

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **448 S. Hill St., Ste. 701, Los Angeles, California 90013**.

On March 15, 2016, I served the foregoing documents described as **PLAINTIFFS' APPLICATION TO FILE UNDER SEAL.** On interested parties in this action by sending a true copy of the document to the following parties as follows:

| | |
|---|---|
| **JENNER & BLOCK LLP** | **JENNER & BLOCK LLP** |
| Kenneth K. Lee | Dean N. Panos |
| klee@jenner.com | dpanos@jenner.com |
| Kelly M. Morrison | 353 N. Clark Street |
| kmorrison@jenner.com | Chicago, IL 60654-3456 |
| 633 West 5th Street, Suite 3600 | |
| Los Angeles, CA 90071-2054 | |

\_\_\_\_\_ (BY ELECTRONIC MAIL) I caused the document(s) to be successfully transmitted via electronic mail to the offices of the addressees.

**X** (BY ELECTRONIC SERVICE) I caused the document(s) to be sent to the offices of the addressees via Online Filing Service.

\_\_\_\_\_ (BY FACSIMILE) I transmitted pursuant Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the attached listed fax number(s). The transmission originated from facsimile phone number (213) 788-4070 and was reported as complete and without error.

\_\_\_\_\_ (BY PERSONAL SERVICE) I caused such envelope(s) to be hand delivered to the offices of the addressees.

**X** (BY US MAIL) I caused such envelope(s) with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California, pursuant to California Code of Civil Procedure § 415.40. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

Executed on March 15, 2016, at Los Angeles, California

\_\_\_\_\_ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X** (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Valarie Richard_
Valarie Richard

1