UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV14-04387 JAK (PJWx) | Date | April 4, 2016 |
|---|---|---|---|
| Title | Claudia Morales, et al. v. Kraft Foods Group, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan J. Clarkson | Kenneth K. Lee |
| Shireen M. Clarkson | Kate T. Spelman |

**Proceedings:** DEFENDANTS' MOTION TO STAY CASE AFTER CLOSE OF FACT DISCOVERY (DKT. 97)

The motion hearing is held. Defense Counsel report that the comment period on the U.S. Food and Drug Administration's ("FDA") definition of the term "natural" has been extended until May 2016, and that neither counsel is aware of whether any such comments are available for public viewing. Counsel shall inform the Court as to whether such comments are available for public view and if so, to what extent such comments do or do not address the term "natural" as it applies to food coloring additives.

The Court states its tentative views that it is inclined to deny Defendants' Motion to Stay Case after Close of Fact Discovery (the "Motion") without prejudice to it being renewed later in the proceedings, if necessary. Counsel address the Court. The Court adheres to its tentative views and **DENIES** the Motion without prejudice to it being renewed. A separate and more detailed order will be issued.

The Court continues the Defendants' Motion to Strike Expert Testimony of Anand Bodapati ("Motion to Strike," Dkt. 129) from June 6, 2016 to June 13, 2016 at 8:30 a.m. On or before May 9, 2016, Defendants shall file any supplement to the Motion to Strike, not to exceed 10 pages, addressing any issues raised by Plaintiffs' supplemental expert report. Plaintiffs shall respond no later than May 16, 2016. All other dates and deadlines remain.

**IT IS SO ORDERED.**

|  | : | 25 |
|---|---|---|
| Initials of Preparer | ak | |