UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CLAUDIA MORALES and MOCHA GUNARATNA, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS GROUP, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 14-cv-04387-JAK-PJW<br><br>**ORDER RE STIPULATION FOR ENTRY OF NON-APPEALABLE DISMISSAL ORDER PURSUANT TO RULE 41(a)**<br><br>**JS-6** |

The Court, having reviewed the Stipulation of Dismissal with Prejudice, ("the Stipulation"), and for good cause shown:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is **GRANTED**.
2. The Court hereby enters a final non-appealable order of dismissal with

prejudice of the above-entitled action pursuant to Rule 41(a) of the Federal Rules of Civil procedure.

IT IS SO ORDERED.

Dated: May 22, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE